IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ORANGE BEACH MARINA, INC., :
et al., :
 :
    **Plaintiffs**, :
 :
VS. : CIVIL ACTION NO. 10-00217-B
 :
TRANSOCEAN HOLDINGS, INC., :
et al., :
 :
    **Defendants.** :

## ORDER

This action is before the Court on Defendants BP Exploration & Production, Inc., BP Products North America, Inc. and BP America, Inc.'s Motion for Stay of Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation (Doc. 6). Defendant Halliburton Energy Services, Inc. has filed a Joinder in the motion (Doc. 21), and Plaintiffs have filed a response in opposition (Doc. 29).

Upon consideration, the Motion to Stay is **DENIED** with leave to re-file after responsive pleadings have been filed. See Burke, et al. v. BP Corporation North America, Inc., et al., No. 10-cv-00195-WS-M (S.D. Ala. May 25, 2010) (order denying motion for stay (Doc. 41)).

DONE this **8th** day of **June, 2010.**

                                                              /s/Sonja F. Bivins
                                        **UNITED STATES MAGISTRATE JUDGE**